UNITED STATES DISTRICT COURT
DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JONATHAN LITTLE, and <br> SAEED & LITTLE, LLP <br><br> Plaintiffs, <br><br> v. <br><br> ALISTAIR CASEY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:23-CV-1647 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF ALISTAIR CASEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Alistair Casey, declare as follows:

1. I am over the age of 18 years and the sole named defendant in this action. I make this declaration in support of my motion to dismiss this action based upon lack of personal jurisdiction over me in Indiana. I have personal knowledge of the following facts and would competently testify thereto if called upon to do so.

2. I have been a resident of California since February 7, 2017.

3. I have never been a resident of Indiana, nor have I ever lived in Indiana.

4. All communication with Jon Little occurred via email or telephone and was directly associated with my role in USA Badminton. I became involved with matters related to USA Badminton in late 2018, with daily engagement from mid-2019 until November 2021, coinciding with Linda French's tenure as Interim CEO. During this period, I assumed responsibilities, supporting Linda French in various essential tasks for the organization. Notably, in May-June 2019, during Ms. French's initial CEO term, we engaged in daily discussions regarding USA

1

Badminton's management, encompassing strategic decisions and the termination of an employee.

5. Ms. French demonstrated reliance on my expertise during her on-site visit to the USA Badminton office in Anaheim. Discussions regularly took place at a nearby diner, where she stationed me. To facilitate informed decision-making, Ms. French granted comprehensive access to vital information, including financial records, employee emails, social media account logins and private data from the former CEO, Jeff Dyrek. For the purpose of conducting a fraud investigation against Jeff Dyrek and former Board Chair David Simon, Ms. French provided me with four (4) laptops and two (2) hard drives. This included a directive to recover compromising information against Jeff Dyrek and David Simon.

6. Tasked with sourcing a local fraud investigator, I successfully engaged David Hanzich on behalf of USA Badminton and connected him with Ms. French, who subsequently hired him for the case. Information provided by Ms. French extended to emails and data related to USA Badminton dating back to the 1990s. Confidential information concerning USA Badminton members, including SafeSport reports of alleged misconduct, was also shared, some predating my employment. It is worth noting that such information, with identifying details, may be a violation of the SafeSport Code.

7. In essence, Ms. French utilized my services to oversee the day-to-day operations of USA Badminton alongside her for six (6) months before my formal employment as the Chief of Staff in January 2020. During this period, no agreements were in place covering the receipt of the information provided by Ms. French. My formal employment spanned from January 2020 to November 2021. I was the Chief of Staff for the entire period of my employment. As an additional employment title to Chief of Staff, I concurrently became the USA Badminton SafeSport Officer/Coordinator in 2021.

8. In an additional capacity, I assumed the role of Team Leader for both TeamUSA and USA Badminton during the Tokyo 2020 Olympic Games, which took place in August 2021. In this multifaceted position, I served as the coach overseeing and managing all athletes who had successfully qualified for the Olympic Games in Badminton on behalf of Team USA. My responsibilities included on-court coaching during competitive matches, creating and managing practice and training schedules, organizing media arrangements, and serving as the primary liaison between the team and the United States Olympic Team in Tokyo, where we were accommodated at the Olympic Village. Furthermore, I took on the crucial responsibility of being the Covid Liaison Officer for USA Badminton throughout the Tokyo Olympic Games. In this role, I managed all aspects of Covid testing coordination for the badminton team throughout the duration of the Olympic Games. This involved direct communication and coordination with both the United States Olympic Team and the Tokyo Olympic Games Organizing Committee in ensuring the team's adherence to Covid protocols.

9. During this time, I was advised that Jon Little and his law firm were outside legal counsel for USA Badminton.

10. When I communicated with Jon Little, it was always from my California home unless I responded to a communication while traveling for Badminton. Early on Mr. Little was located in Indiana; however, later on he was located in Canada. Specifically, he was located on Vancouver Island. I believe he spent most of his time in Canada after relocating to Vancouver Island in approximately 2020.

11. I have never been to the State of Indiana in my entire life. I do not own a home or real property in Indiana, nor have I ever maintained a bank account in Indiana, paid taxes in Indiana, registered to vote in this State, I do not possess an Indiana driver's license and have no

agent for service of process or for any other purpose in Indiana. I do not have any personal connection to or business operations in Indiana.

12. I have never been an employee of Saeed & Little. I never received an offer letter, employment contract, employee handbook, benefit forms, direct deposit forms, tax credit questionaries, an IRS Form I-9, Federal Income Tax Withholding IRS Form W4, Form WH-4 for Indiana State Income Tax Withholding, non-disclosure or confidentiality agreements, wage and/or payroll records or any other documents evidencing an employment relationship with Plaintiffs.

13. On August 9th, 2019, I was assigned the email address acasey@sllawfirm.com in connection with my role at USA Badminton. The purpose of using this specific email address was to establish "attorney-client" privilege in my communications. This directive came from Linda French of USA Badminton and Jon Little, serving as its counsel. The instruction was prompted by a subpoena issued by the United States Department of Justice to both Jon Little and USA Badminton 17 days prior, on July 23, 2019. The subpoena, part of a grand jury criminal investigation led by the United States Attorney's Office, demanded the production of twenty (20) categories of documents, encompassing "any and all agreements, contracts, payments, cancelled checks, and e-mails between Alister Casey, USA Badminton, and/or USOC." It is my understanding that the U.S. Congress was also investigating USA Badminton, providing an additional basis for the issuance of the subpoena. In response to this legal scrutiny, Ms. French and Mr. Little advised me to utilize the specified email address, enabling USA Badminton to claim privilege over its communications with me. This measure was taken to protect them from potential legal consequences arising from Linda French's unauthorized disclosure of sensitive and privileged information to me before my employment with USA Badminton. The establishment of the email address aimed to shield Ms. French and Mr. Little from legal scrutiny by the Department of Justice,

the United States Olympic and Paralympic Committee, and any other third party during potential discovery processes.

14. I utilized the software program called "Outlook" on my personal home computer and laptop and cellphone for USA Badminton work (i.e., to send, review and receive emails). USA Badminton did not provide me with a computer. When I used the acasey@sllawfirm.com address, I would use these devices. I only used the acasey@sllawfirm.com email from approximately August 9th, 2019 to September 2021.

15. The only emails I had access to in connection with Plaintiffs were in my own inbox in my Outlook program or Gmail/Google Workspace which was accessed from my computer in California. At no time did I ever access the Saeed & Little computer server or obtain information by using confidential passwords. The only emails I had access to were the emails that were sent to me or received by me in my own inbox.

16. I deny making any defamatory statements regarding Plaintiffs as alleged in Plaintiff's complaint. In any event, U.S. Center for Safesport is located in Denver, Colorado. Champion Women is located in Jacksonville, Florida. USA Badminton is located in Colorado Springs, Colorado. As evidenced by its website, none of the current Board Members are located in Indiana. Attached hereto as Exhibit "A" is a true and accurate copy of the Board of Directors page of USA Badminton. As evidenced therein, Fred Teng is located in New York City, New York; Pavan Vedere is located in San Franscisco, California; Richard Alcaraz is located in Arizona; Patty Pflaging is located in San Franscisco, California; Ken Wong is located in Philadelphia, Pennsylvania; Amy Burnett is located in Nashville, Tennessee; Nibu Paul is located in Plano, Texas; and, Philip Varghese is located in Dallas, Texas. Although not listed on the website, Iris Wang is not located in Indiana.

17. Finally, Plaintiffs also allege that I provided emails to the U.S. Olympic Committee. The Committee is located in Colorado Springs, Colorado. I have never directed any communications to any of these individuals or entities regarding Plaintiffs to Indiana.

18. I respectfully submit the burden on me to travel to Indiana would be severe as I reside in California and have no connections to the State.

I certify under the laws of the United States of America and the penalty of perjury that the foregoing is true and correct. Executed December 8th, 2023, at Los Angeles, California.

_____
Alistair Casey